cc: USM Civil

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BROWN, | Case No. EDCV 11-1268-CAS (DTB) |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| LYNN PONCIN, et al., | |
| Defendants. | |

Plaintiff, who currently is incarcerated at the County of San Bernardino West Valley Detention Center in Rancho Cucamonga, California, filed this pro se civil rights action on August 24, 2011, after being granted leave to proceed without prepayment of the full filing fee.

The Complaint purports to be brought pursuant to 42 U.S.C. § 1983. Named in the Complaint as defendants are: The Honorable Lynn Poncin, San Bernardino County Superior Court Judge, Victorville; The City of Victorville; The City of Adelanto; and San Bernardino Sheriff Rod Hoops.

Plaintiff purports to be seeking compensatory and punitive damages against all defendants.

1

1   Based on its review of the Complaint, it appears the Complaint is incomplete
2   with respect to his previous federal lawsuits. Accordingly, on or before **September
3   23, 2011**, plaintiff is ORDERED to provide the Court with a list of any and all federal
4   lawsuits previously filed by plaintiff, as required by 28 U.S.C. § 1915, including any
5   previous federal lawsuits brought pursuant to 42 U.S.C. § 1983. In addition to
6   plaintiff's previous federal lawsuits, plaintiff is ORDERED to advised the Court if
7   he has ever been denied in forma pauperis pursuant to 28 U.S.C. § 1915(g).

8   In addition, defendant Rod Hoops is ORDERED to respond on or before
9   **September 23, 2011**, as to whether plaintiff is in immediate danger of serious
10  physical injury. (28 U.S.C. § 1915(g).) The United States Marshal is directed to
11  serve defendant Rod Hoops with a copy of the Complaint for the limited purposes of
12  responding to the Court's Order to Show Cause. The Clerk shall provide the United
13  States Marshal with the necessary forms required for service.

15  DATED: August 30, 2011

                                            _____
                                            DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE

FULL NAME: Ronnie Brown

COMMITTED NAME (if different): #1102340724

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 9500 Etiwanda Ave, Rancho Cucamonga, CA 91739

PRISON NUMBER (if applicable):

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
AUG 4 – 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

EDCV11-1268-CAS (DTB)

# UNITED STATES DISTRICT COURT
## Southern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

Ronnie Brown

PLAINTIFF,

v.

Lynn Poncin, Rod Hoops,
The City of Victorville,
The City of Adelanto

DEFENDANT(S).

CASE NUMBER: 11 CV 1749 AJB BLM
*To be supplied by the Clerk*

550

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☐ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED 2011 AUG -9 PM 4:30 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

FILED 2011 AUG 24 PM 5:10 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

a. Parties to this previous lawsuit:
   Plaintiff _____
   _____

   Defendants _____
   _____

b. Court _____
   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____
   _____
   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not __Failed Complaint Commission Judicial performance And Presiding Judge S.B. County__

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __RONNIE BROWN__
(print plaintiff's name)
who presently resides at __West Valley Detention Center 9500 Etiwanda Ave Rancho Cucamonga__
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Victorville Superior Court, Adalanto city, West Valley DTVC PR__
(institution/city where violation occurred)

---
CV-66 (7/97)          CIVIL RIGHTS COMPLAINT          Page 2 of 6

on (date or dates) __February 8 2011 a bill_____, _____.
                         (Claim I)           (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __LYNN PONCIN_____ resides or works at
   (full name of first defendant)

   __14445 CIVIC DR Victorville, CA 92392__
   (full address of first defendant)

   __Judge__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __As a Judge for Superior Court__

2. Defendant __THE CITY of Victorville_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __municipality__

3. Defendant __The City of Adelanto_____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __municipality__

4. Defendant __RCD HOOPS__ resides or works at
   (full name of first defendant)
   __1655 E. 3rd Street San Bernd CA 92415__
   (full address of first defendant)
   __SHERIFF__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __peace officer__

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:

Plaintiff Consents. To Assignment of U.S. magistrate Judge 28 U.S.§ 636 for preLiminary findings and Reports and Recomendation To U.S. District Judge IN the action herein before The Court.

CV-66 (7/97)     CIVIL RIGHTS COMPLAINT     Page 4 of 6

D. CLAIMS*

CLAIM I

The following civil right has been violated:

(42 USC §1983 all named defendants)
mandatory duties

① Violation of procedural Due process of LAW/Access to courts equal protection of the Law(s) Treaties immunities 14th U.S.C.A.

② Denial of freedom from cruel and/or unusal punishment failure discharge duties to insure adequate medical care for serious injuries discrimination or Bias, prejudice by entity of public

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① Defendant Lynn Poncin Read a police Report and advised in writing by plaintiff he had suffered a Broken nose, Broken cheek Bone, Lascerations, Ruptured right Globle, Hair line fractured Ribs and required medical orders for Treatment by a physician at the west valley Detention Center or Community hospital. The Judge failed to acknowledge the Request By Judicial notice, written letter, and police Report. As a direct result plaintiff was denied prompt, adequate, and Required medical care which caused pain e suffering and permanete disfigurement to plaintiff face, Eye, and Person. The Defendant L. Poncin violated professional conduct within the code Judicial Ethics' cannos 1-5 a. Code civ procedure 177 and was Bias, prejudice or malicious

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

In conduct against a U.S. Citizen pretrial Detainee with concerns of Serious medical needs.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97) Page 5 of 6

(42 USC §1983 all named Defendants)
defendant.

② THE CITY OF VICTORVILLE denied the plaintiff a written policy of equal protections of the law to have a Judge of the City enforce a policy, practice, procedure, or custom, that was written by the City that would require a Judicial officer whom been advise of allegations of excessive use of force during arrest to recieve prompt medical attention and prompt documentation of complaints of sustained injuries. The City failed in policy requirement of said nature which delayed, denied, and caused undue pain and suffering and denial to prompt medical attention after arrest and/or during detention of arrest to plaintiff serious medical needs.

③ The defendant City of Victorville failed to write a policy, practice, custom, procedure, for investigation that would require the County Sheriff Department to notify them of all complaints of use of excessive force that resulted in personal injuries to all Residents or U.S. Citizens "which" resulted in any hospitalization by it's City Police or County Sheriff Department as a result of the arrest which denied plaintiff personal safety, investigation of physical abuse, and administrative remedy to obtain relief from sustained injuries. As further direct result conduct of employee of the City or personal hired by the City for law enforcement, which denial of policy directly denied plaintiff the adequate medical care, freedom from punishment of law enforcement physical abuse causing great bodily injury and

(42 USC §1983 all named Defendants)

④ The City of Adelanto failed to implement, document, or record a independent practice, procedure, or custom that would investigate complaints of excessive use of force by it's residents or u.s. citizens who suffered personal injury and hospitalization as a result of it's hired law enforcement agency. Plaintiff has been denied adequate investigation, remedy of relief for sustained injuries, personal safety, discrimination bias, or prejudice by hired employees of the City of Adelanto law enforcement agency, that resulted in personal injury and permanent disability.

⑤ Defendant Rod Hoops failed to document, implement, promulgate, or institute a policy, practice, procedure or custom that would require San Bernardino County Sheriff Deputies to document there use of force against persons arrested as a direct result plaintiff was denied documented reports by Sheriff deputies Omar Lastra and Julius Mochristian of there use of force that resulted in personal injury and hospitalization - Broken nose, broken cheek bone, laceration(s), Hairline fractured ribs, ruptured right globe right eye. Leaving plaintiff disfigured and totally blind in right eye. There was no independent required investigation or reporting due lack of policy procedure or custom of San Bernardino County Sheriff Dept. Sheriff Rod Hoops to institute a policy.

⑥ Defendant Rod Hoops implemented, promulgated, and utilized unlisted policy of use of force that was used by all San Bernardino

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Plaintiff demands the sum of $12.0 Million dollars from all named defendants.
2. Punitive damages in amount of $5 million dollars
3. Trial by Jury.
4. Tempory Restraining Order Injunction preventing the City of Victorville from not having a policy that requires all personal injuries from arrest suspect to be reported to them.
5. Further orders Just and fair by court.
6. Payment for future medical expenses
7. Payment for loss use of eye
8. Payment for loss of eye
9. Payment for being disabled permanately.
10. Payment for Body disfigurement.

_8.1.11_
(Date)

(Signature of Plaintiff)

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

IFP: Yes ☐ No ☒

IFP MOTION FILED: Yes ☐ No ☒

COPIES SENT TO:

**FILED**
AUG 4 - 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I(a) PLAINTIFFS

**Ronnie Brown**

DEFENDANTS

**Lynn Ponodin**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **San Bernardino**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

9500 Etiwanda Avenue
Rancho Cucamonga, CA 91739

ATTORNEYS (IF KNOWN)

'11 CV 1749 AJB BLM

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 08/05/11

SIGNATURE OF ATTORNEY OF RECORD



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

August 24, 2011

Ronnie Brown #1102340724
9500 Etiwanda Avenue
Rancho Cucamonga, Ca 91739

Re: Petition for Writ of Habeas Corpus by a Person in ☐ Federal Custody / ☑ State Custody

Formerly No. 3:11-cv-1749-AJB-BLM ,

in the U.S. District Court, Southern District of California (San Diego)

Assigned Civil No. EDCV11-1268-CAS(DTB) in the U.S. District Court, Central District of California

Dear Sir/Madam:

The above case has been transferred to this District and assigned the number shown above. Please refer to this number in all future communications and address all correspondence to the attention of:

☐ Courtroom Deputy Clerk for Judge _____
☑ Courtroom Deputy Clerk for Magistrate Judge David T. Bristow

Under Local Court Rule 11-4.1, all documents filed in paper format, including exhibits to documents, shall be filed with one clear, conformed and legible copy for the use of the ☐ Judge / ☑ Magistrate Judge. Unless the assigned judge's orders or written procedures otherwise specify, a mandatory chambers copy of all electronically filed documents shall be delivered to the assigned judge in accordance with General Order 08-02 or any successor General Order.

Local Court Rule 11 has many requirements as to form of documents. A copy thereof is enclosed to assist you in your action now before this Court.

Local Court Rule 41-6 requires that a party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and email address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Post Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By C. Sawyer
Deputy Clerk

Enclosures: Copy of Local Rules 5, 7, 26-37, and 41

CV-38 (01/10)      **LETTER RE HABEAS CORPUS TRANSFER-IN**



**TERRY NAFISI**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, August 24, 2011

RONNIE BROWN #1102340724
9500 ETIWANDA AVENUE
RANCHO CUCAMONGA, CA 91739

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number EDCV11- 1268 CAS (DTB)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
☐ District Court Judge _____
☒ Magistrate Judge    **David T. Bristow**
at the following address:

☐ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

☒ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By:    CSAWYER
       Deputy Clerk

CV-19 (04/01)          **LETTER re FILING CIVIL RIGHTS COMPLAINT**

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | ADR | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | MDL Panel | | | |
| ☐ | Ninth Circuit Court of Appeal | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |
| ☐ | Statistics Clerk | | | |

☐ ***ADD NEW NOTICE PARTY*** **(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____